# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY MONEYHAM, | : | No. 3:16cv1311 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| DAVID J. EBBERT, | : | |
| Respondent | : | |

## ORDER

**AND NOW**, to wit, this 24th day of August 2018, it is hereby **ORDERED** as follows:

1) Magistrate Judge Joseph F. Saporito's report and recommendation (Doc. 11) is **ADOPTED**;

2) Petitioner's objections (Doc. 14) are **OVERRULED**;

3) The petition for a writ of habeas corpus is **DENIED**; and

4) The Clerk of Court is directed to close this case.

BY THE COURT:

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**